**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
 :
SUM CHAN, :
 :    Case No. 19-cv-7239-RPK-JO
                              **Plaintiff,** :
 :
            v. :    **NOTICE of DISMISSAL**
 :    **PRIOR to JOINING of**
 :    **ISSUE or APPEARANCE**
THE CITY OF NEW YORK, NEW YORK CITY :
POLICE DEPARTMENT, QUEENS COUNTY :
DISTRICT ATTORNEY'S OFFICE, POLICE :
OFFICER RAFFAELE BARILE, POLICE :
OFFICER STACY RAO & QI WENG, :
 :
                              **Defendants.** :
-------------------------------------------------------------------------X

    MICHAEL R. CURRAN, an attorney admitted to practice before the United States District Court for the Eastern District of New York, certifies the following under penalties of perjury:

1.     The undersigned is the attorney for plaintiff, Sum Chan ("plaintiff").

2.     Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses causes of action in the Complaint herein against defendants New York City Police Department ("NYPD") and Queens County District Attorney's Office ("QCDA").

3.     Plaintiff is dismissing against NYPD and QCDA because there is no basis for relief against these two entities, which are non-suable administrative arms of valid defendant The City of New York. These defendants were originally included because of acts under the dominion and control of each contributed to plaintiff's harm; however, as a matter of law neither of the two defendants may be sued in this matter.

4.     NYPD and QCDA have neither appeared, nor answered the Complaint nor filed a Motion for Summary Judgment. Dismissal therefore under FRCP 41(a)(1)(A)(i) is appropriate.

Dated: May 18, 2020

                                                Respectfully submitted,

***Michael R. Curran /s/***
Michael R. Curran
Attorney for Plaintiff
      Sum Chan