AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SUM CHAN<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK, ET AL.<br>*Defendant* | )<br>)<br>) Case No.  19-CV-7239<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

QI WENG

Date:   05/21/2020

*Attorney's signature*

XUEJIE WONG; XW8390
*Printed name and bar number*

136-20 38TH AVENUE, SUITE 9I
FLUSHING, NY 11354

*Address*

XWONGLAW@GMAIL.COM
*E-mail address*

(718) 461-8461
*Telephone number*

(718) 461-8462
*FAX number*