

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Katherine J. Weall
*Senior Counsel*
phone: (212) 356-5055
fax: (212) 356-3509
kweall@law.nyc.gov

August 14, 2020

**Via Email**
Michael R. Curran, Esq.
98-120 Queens Boulevard, Suite 1-C
Rego Park, New York 11374-4414
Mrc4law@yahoo.com

Re: Sum Chan v. City of New York et al.
19 Civ. 7239 (RPK) (JO)

Mr. Curran:

I write pursuant to the Court's Order of April 30, 2020 directing me to identify all of the officers who were at the scene of the incident underlying the Complaint in this action. The following officers were at the scene of the alleged incident; however, we note that merely being at the scene does not mean that an officer played an active role in this arrest:

| Name | Shield |
|---|---|
| Raffaele Barile | 22085 |
| Tenzin Nyndak (Ret.) | 15939 |
| Stacey Byrnes | 30981 |
| Rebecca Stein | 7035 |
| Anthony Andino | N/A |
| Andrew Amorosa | 7073 |
| Danny Tse | 15346 |
| Robert Marciano | 1888 |
| Brian Porzelt | 19537 |

The service address for all of the above officers save Tenzin Nyndak is c/o the NYPD 109th Precinct, 37-05 Union Street, Flushing, NY 11354-4117. I am continuing to attempt to locate Retired Officer Nyndak and will provide his service information as soon as I am able.

Finally, upon obtaining access to body worn camera video of the incident this week, I noted that there was a third female officer present who was not previously identified. I am continuing to attempt to identify her and will provide her name, shield number, and service

address as soon as I am able to obtain it.  I anticipate this will be within the next ten days to two weeks.

                Yours truly,

                /s/  *Katherine J. Weall*

                Katherine J. Weall
                *Senior Counsel*
                Special Federal Litigation Division

c.c.  Honorable James Orenstein (Via ECF)
    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    New York, New York 11201