## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): 9/2/2020

2. Deadline for first request for production of documents and first request for interrogatories: 10/2/2020

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) __10__ ; defendant(s) __10__ Municipal ; Weng:10

3. Date for completion of any joinder of additional parties and amendment of the pleadings: 5/21/2021

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) __0__ ; defendant(s) __0__ Municipal ; Weng: 0

4. Number of depositions by plaintiff(s) of: parties __2__ ; non-parties __1__

5. Number of depositions by defendant(s) of: parties __2__ Municipal ; non-parties __1__
   Depositions taken by defendant Weng: parties: 1 non-parties: 0

6. Date of status conference (joint status report due two business days in advance): 5/24/21

7. Date for completion of factual discovery: 5/21/2021

8. Are expert witnesses needed? Yes __X__ No ___

8(a). Number of expert witnesses, if any, of plaintiff(s): medical __1__ ; non-medical __0__

8(b). Date for completion of those expert reports: 4/15/2021

8(c). Number of expert witnesses, if any, of defendant(s): medical __0__ Municipal ; non-medical __0__
   Number of expert witnesses, Weng: medical: 1 non-medical: 0

8(d). Date for completion of those expert reports: 4/15/2021

9. Date for completion of expert discovery: 5/14/2021

10. Date of pretrial conference (brief ex parte statements of settlement position due via email two business days in advance): TBD

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions: Cross-motion for SJ

    8/3/2021

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

   Municipal: Summary Judgment 7/20/2021

   Weng: None

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)  Yes ___  No _X_

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)  Yes ___  No _X_

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)  Yes ___  No _X_